IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA DE LA LUZ RAMIREZ,     Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:13-CV-3846 N-BK |
| CAROLYN COLVIN, Acting Commissioner of Social Security,     Defendant. | § § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE